991 A.2d 306

**Marie D. VOGT, Administratrix of the Estate of Theresa Thibeault, Marie Vogt, Administratrix of the Estate of Joseph Thibeault, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (ALLIED SIGNAL, INC., and its Successor in Interest Honeywell, Inc. and Travelers Insurance Co.), Respondents.**

**No. 157 EM 2009.**

Supreme Court of Pennsylvania.

March 23, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of March, 2010, the Petition for Allowance of Appeal, treated as an Application for Relief is **DENIED.**